No. 10M59. MALLO *v.* WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with either a redacted petition for writ of certiorari, or an explanation as to why the petition may not be redacted, within 30 days.

No. 138, Orig. SOUTH CAROLINA *v.* NORTH CAROLINA. Kristin Linsley Myles, Esq., of San Francisco, Cal., the Special Master in this case, is hereby discharged with the thanks of the Court. [For earlier order herein, see, *e. g., ante,* p. 1126.]

No. 09–10245. FREEMAN *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 561 U. S. 1058.] Motion of petitioner for leave to file a volume of the joint appendix under seal granted.

No. 10–5400. TAPIA *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1104.] Stephanos Bibas, Esq., of Philadelphia, Pa., is invited to brief and argue this case as *amicus curiae* in support of the position that 18 U. S. C. § 3582(a) allows district courts to consider rehabilitative need in setting the length and term of imprisonment.

No. 10–6315. BERRYHILL *v.* HENRY, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis [ante,* p. 1027] denied.

No. 10–6403. WILLIAMS *v.* HARDIN ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis [ante,* p. 1039] denied.

No. 10–6471. MILLER *v.* MARKS, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, 15TH JUDICIAL CIRCUIT, ET AL. Cir. Ct. Harrison County, W. Va. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis [ante,* p. 1042] denied.

No. 10–6481. GRANDOIT *v.* PHYSICIAN NETWORK, INC., ET AL. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis [ante,* p. 999] denied.

No. 10–6548. BERRYHILL *v.* EVANS ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis [ante,* p. 1057] denied.